IN the Matter of the Application of VINCENT P. DONIHEE, Respondent, for Cancellation of an Assessment.
THE CITY OF NEW YORK, Appellant.

*Matter of Donihee*, 173 App. Div. 980, affirmed.
(Submitted November 24, 1916; decided December 12, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered May 12, 1916, which affirmed an order of Special Term granting a motion made by the petitioner herein to cancel the assessment levied on lot No. 24 in block No. 7053, section 21, on the land map of the county of Kings, for benefit to said property abutting West Twenty-seventh street by reason of the acquisition of the title to the land in said street by the city of New York.

*Lamar Hardy, Corporation Counsel* (*Paul Jones* of counsel), for appellant.

*Arthur J. Stern* for respondent.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.